UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11235-GW-ASx | Date | July 11, 2025 |
|---|---|---|---|
| Title | *Ivo Kolar v. Nespresso USA, Inc.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - COURT ORDER**

On June 16, 2025, Defendant's motion to dismiss was granted and Plaintiff was given three weeks to file an amended complaint. *See* Docket No. 24.  As of this date, no amended complaint has been filed. The Court sets an Order to Show Cause for July 28, 2025 at 8:30 a.m., as to why this action should not be dismissed for failure to prosecute.

:

Initials of Preparer    JG