**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-11235-GW-ASx | Date | July 28, 2025 |
|---|---|---|---|
| Title | *Ivo Kolar v. Nespresso USA, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gustavo Ponce | Rebecca B. Johns |

**PROCEEDINGS:** **TELEPHONIC ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Court and counsel confer. In light of Plaintiff's Response to the Order to Show Cause [30], and for reasons stated on the record, this action is hereby dismissed without prejudice.

: 02

Initials of Preparer   JG